1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

STANFORD PAUL BRYANT,

11

       Plaintiff,                        No. 2:10-cv-1168 KJN P

12

     vs.

13

MATTHEW CATE, et al.,

14

       Defendants.                  ORDER

15

_____/

16

         Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17

pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his

18

complaint, plaintiff alleges violations of his civil rights at his place of incarceration, California

19

Correctional Institution ("CCI") in Tehachapi, California.  CCI is located in Kern County, which

20

is part of the Fresno Division of the United States District Court for the Eastern District of

21

California.  See Local Rule 120(d).

22

         Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23

the proper division of a court may, on the court's own motion, be transferred to the proper

24

division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25

court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

26

request to proceed in forma pauperis.

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7            United States District Court
             Eastern District of California
8            2500 Tulare Street
             Fresno, CA 93721
9

10   DATED:  May 17, 2010

11

12

13   _____
     KENDALL J. NEWMAN
14   UNITED STATES MAGISTRATE JUDGE

15   brya1168.22

16

17

18

19

20

21

22

23

24

25

26