# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD PAUL BRYANT,<br><br>           Plaintiff,<br><br>      v.<br><br>CATE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:10-cv–00888-BAM PC<br><br>ORDER DIRECTING DEFENDANT TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |

This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendant Karlow has now appeared in the action.

Therefore, Defendant shall notify the Court within **ten (10) days** from the date of service of this order whether he consents to or declines United States Magistrate Judge jurisdiction.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Defendant Karlow a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Within 10 days from the date of service of this order, Defendant Karlow shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   April 10, 2012             /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE